IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO SANCHEZ,

      Petitioner,                No. CIV S-06-2909 GEB EFB P

    vs.

M. KNOWLES, et al.,

      Respondents.          ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed *in forma pauperis*. Examination of the supporting affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request is granted. *See* 28 U.S.C. § 1915(a).

      Petitioner has also filed a motion to hold his petition in abeyance pending the exhaustion of potentially dispositive claims in state court.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Petitioner's request to proceed *in forma pauperis* is granted;

      2. Respondents are directed to file and serve a response to petitioner's motion within thirty days from the date of this order.

////

1

3. The Clerk of the Court shall serve a copy of this order, a copy of petitioner's application for writ of habeas corpus, and a copy of petitioner's motion for stay and abeyance on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: January 17, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2