IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO SANCHEZ,

    Petitioner,                    No. CIV S-06-2909 GEB EFB P

    vs.

M KNOWLES, et al.,

    Respondents.                 ORDER

_____/

       A recent court order was served on petitioner's address of record twice and returned by the postal service with the notation that delivery had been refused. Petitioner is informed that all court orders will be served on him at his address of record and that acceptance of those orders will be necessary to prosecution of the instant action. Petitioner is further informed that further refusal to accept delivery of court orders will result in a recommendation that this action be dismissed. *See* Local Rule 11-110.

       Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court is directed to reserve a copy of document #6 together with a copy of this order on petitioner at his current address.

DATED: July 16, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE