IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO SANCHEZ,

      Petitioner,                    No. CIV S-06-2909 GEB EFB P

    vs.

M. KNOWLES, et al.,

      Respondents.               <u>ORDER</u>

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On December 26, 2006, petitioner filed a petition for a writ of habeas corpus together with a motion to stay the proceedings and hold his petition in abeyance pending the exhaustion of five additional claims he had filed in state court. On February 1, 2007, respondent filed a statement of non-opposition to petitioner's motion. On October 22, 2007, petitioner filed an amended petition indicating that he is still pursuing exhaustion of his claims in the California Court of Appeal.

      In view of respondent's non-opposition to petitioner's motion for stay and abeyance, the court grants that motion and applies the stay and abeyance to the superseding amended petition.

      After filing his petition, petitioner was transferred from California Medical Facility to Kern Valley State Prison. Anthony Hedgpeth is the Warden at Kern Valley State Prison and his

1

1  name should be substituted as the proper respondent in this action.  *See Brittingham v. United States*, 982 F.2d 378, 379 (9th Cir. 1992); Rule 2(a), Rules Governing § 2254 proceedings; Fed. R. Civ. P. 25(d).

Accordingly, it is ORDERED that:

1. Petitioner's December 26, 2006, motion for stay and abeyance is granted and applied to his amended petition filed October 22, 2007;

2. This action is stayed pending exhaustion of the five additional claims currently pending in state court;

3. The Clerk is directed to administratively terminate the case;

4. Petitioner is directed to inform the court within thirty (30) days of any order by the California Supreme Court disposing of his pending petition; and

5. The Clerk of the Court is directed to substitute Anthony Hedgpeth as respondent in this case.

Dated: February 8, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE