IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO SANCHEZ,

    Petitioner,                  No. CIV S-06-2909 GEB EFB P

    vs.

M. KNOWLES, et al.,

    Respondents                <u>ORDER TO SHOW CAUSE</u>

       Petitioner is a state prisoner proceeding *in propria persona* with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order dated February 11, 2008, this matter was administratively stayed to allow petitioner the opportunity to exhaust certain claims in state court. Therein, petitioner was directed to inform the court when he had exhausted his state court remedies. Other than a notice of change of address filed on April 20, 2009, petitioner has not corresponded with the court since that time. In light of the above, petitioner will be granted thirty days from the date of this order to show cause why this action should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b); L.R. 110.

       Accordingly, IT IS ORDERED that petitioner show cause, within thirty days from this order, why this action should not be dismissed for failure to prosecute.

DATED: September 27, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE