IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO SANCHEZ,

    Petitioner,               No. CIV S-06-2909 GEB EFB P

    vs.

M. KNOWLES, et al.,

    Respondents.          <u>ORDER</u>

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On October 28, 2011, petitioner requested an extension of time to respond to the September 28, 2011, order to show cause. *See* Fed. R. Civ. P. 6(b).

        Good cause appearing, it is ORDERED that petitioner's October 28, 2011, request for an extension of time is granted and petitioner has 60 days from the date this order is served to respond to the September 28, 2011, order to show cause.

DATED: November 8, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE