IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO SANCHEZ,

      Petitioner,               No. 2:06-cv-2909 GEB EFB P

    vs.

M. KNOWLES, et al.,

      Respondents.      ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On December 26, 2006, petitioner filed a petition for writ of habeas corpus together with a motion to stay the proceedings and hold his petition in abeyance pending the exhaustion of five claims petitioner wishes to add to the petition. On October 22, 2007, petitioner filed an amended petition which stated that "petitioner is currently in the process of drafting a habeas corpus petition to file in the California Court of Appeal." Dckt. No. 16 at 3. On February 11, 2008, the court granted petitioner a stay to allow him to exhaust his state remedies and directed petitioner to notify the court once he had exhausted his state remedies. Dckt. No. 17.

      On September 28, 2011, because petitioner had not filed anything with the court relating to the status of his state court proceedings, the undersigned order petitioner to show cause why

1

1   this action should not be dismissed for failure to prosecute. Dckt. No. 19. In his response to the
2   order to show cause, petitioner claims "that the state court has not yet made a ruling regarding
3   the dispositive claims, and that the pending state matter could vitiate the relief for federal habeas
4   corpus . . . ." Dckt. No. 22 at 2. In support of this statement, petitioner submitted an order
5   issued by the Sacramento Superior Court on January 12, 2011, which addresses a letter petitioner
6   submitted to the Superior Court complaining about his postconviction trial counsel. *Id*. at 6-7.

7   Based on petitioner's statement, the court will continue to hold his federal petition in
8   abeyance to provide petitioner more time to exhaust his state remedies.[1] However, the court will
9   order petitioner to submit quarterly status reports describing the progress of his state court
10  proceedings. Petitioner shall attach to the status reports copies of the cover page of any
11  document he files with or received from the state courts.

12  Accordingly, it is ORDERED that:

13  1. The September 28, 2011 order to show cause, Dckt. No. 19, is discharged; and

14  2. Petitioner shall file quarterly reports describing the progress of his state court
15  proceedings and attach copies of the cover page of any document he files with or received from
16  the state courts relating to the claims he seeks to exhaust, commencing thirty (30) days from the
17  date of this order and continuing every ninety (90) days thereafter until his state court
18  proceedings are terminated.

Dated: July 2, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner is cautioned that AEDPA's one year statute of limitations is applicable to the claims he seeks to exhaust. *See* 28 U.S.C. § 2244(d)(1) If petitioner has not been diligent in his efforts to exhaust his unexhausted claims, he may be precluded from amending his federal petition to include the claims. *See* 28 U.S.C. § 2244(d)(2).

2