UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO SANCHEZ,<br><br>             Petitioner,<br><br>      v.<br><br>M. KNOWLES, et al.,<br><br>             Respondents. | No. 2:06-cv-2909-GEB-EFB P<br><br><br>ORDER TO SHOW CAUSE |

Petitioner is a state prisoner proceeding without counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter was administratively stayed February 11, 2008, to allow petitioner the opportunity to exhaust five claims that were then pending in the Sacramento Superior Court, Case No. 06F06057. ECF Nos. 16, 17. Petitioner was directed to inform the court when he had exhausted his state court remedies. *Id.* On July 2, 2012, in response to petitioner's representation that ""that the state court ha[d] not yet made a ruling regarding the dispositive claims," the court ordered petitioner to submit quarterly status reports describing the progress of his state court proceedings. ECF No. 23. Petitioner's last status report was filed almost one year ago, on January 22, 2013. ECF No. 28.

/////

/////

/////

1

1       Accordingly, IT IS ORDERED that petitioner show cause, within thirty days from the
2 date of this order, why this action should not be dismissed for failure to prosecute. *See* Fed. R.
3 Civ. P. 41(b); E.D. Cal. L.R. 110.
4 DATED: January 29, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE