UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO SANCHEZ, | No. 2:06-cv-2909-GEB-EFB P |
| Petitioner, | |
| v. | ORDER |
| M. KNOWLES, et al., | |
| Respondents. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On July 2, 2012, in response to petitioner's representation that "that the state court ha[d] not yet made a ruling regarding the dispositive claims," the court ordered petitioner to submit quarterly status reports describing the progress of his state court proceedings.  ECF No. 23.  Petitioner's last status report was filed almost one year ago, on January 22, 2013.  ECF No. 28. Therefore, on January 30, 2014, the court ordered petitioner to show cause, within thirty days, why this action should not be dismissed for failure to prosecute. ECF No. 29.  When petitioner failed to timely respond to the order to show cause, this court issued findings and recommendations on March 6, 2014, recommending that the action be dismissed for failure to prosecute.

/////

/////

1

On March 20, 2014, petitioner filed a document styled "objections" to the findings and recommendation, wherein he requests an extension of time to respond to the order to show cause.[1] The request for extension will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request contained within his objections (ECF No. 31) is granted to the extent that the March 6, 2014 findings and recommendations are held in abeyance;

2. Petitioner has 60 days to respond to the court's January 30, 2014 order to show cause (ECF No. 29); and

3. Should petitioner fail to timely comply, those findings and recommendations will be submitted to the district judge for consideration.

Dated: April 16, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Although drafted by petitioner's brother, the "objections" are properly considered by the court as petitioner himself signed the filing.

2